CITY OF NEW ROCHELLE, Respondent, *v.* MORGAN H. SEACORD, Appellant, et al., Defendants.

Argued June 10, 1943; decided July 20, 1943.

*Lyle Evans Mahan* for appellant.

*Aaron Simmons, Corporation Counsel,* for respondent.

Judgment modified to the extent that the description under which the property is to be sold is stricken out, and the cause remanded to the Special Term to decide the correct description under which the property is to be sold, and as so modified affirmed, without costs. No opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, RIPPEY, CONWAY, DESMOND and THACHER, JJ. Taking no part: LEWIS, J.